In the Matter of RYE COUNTRY DAY SCHOOL, Appellant, *v.* THOMAS M. LYNCH et al., Constituting the State Tax Commission, Respondents.

(Argued January 14, 1935; decided February 26, 1935.)

*Albert W. Putnam* and *John E. Parsons* for appellant. *John J. Bennett, Jr., Attorney-General (Wendell P. Brown* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.